IN THE SUPREME COURT OF TEXAS

 No. 09-0761

 IN RE ART HARRIS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed
September 11, 2009, is granted. The trial court orders dated January 27,
2009, May 11, 2009, and August 28, 2009 in Cause No. 2008-24181, styled
Virgie Arthur v. Howard K. Stern, Bonnie Stern, Lyndal Harrington, Art
Harris, Nelda Turner, Teresa Stephens, Larry Birkhead, Harvey Levin, and
TMZ Productions, Inc., in the 280th District Court of Harris County, Texas,
are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 11, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk